*Jackson, ex. dem. John L. Norton and others,* v. *George Gardner.*

VAN VECHTEN moved on the common affidavit for judgment, as in case of nonsuit, for not proceeding to trial, but the affidavit of service stated only, that it was made by leaving copies on the table of the attorney's office, about one o'clock in the afternoon.

*Per Curiam.* The affidavit is defective ; it does not set forth that there was no one in the office. The notice might have been slipped down without any intimation, and have remained there unobserved. To make such a service good, it ought to have been stated there was not any one in the office. The defendant can take nothing by his motion.